Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JAMES BUSCH

v.

COUNTY OF ERIE,
GRACE MOKA, RN,
JESSICA HALL, NP,
MIKE MCBRIDE, LPN,
JULIA DIBIASE-JOHNSTON, RN,
LYDIA TORRES, RN,
ALLISON PARK.ER,
HEIDI CORNELL, NP,
DEBRA WESTFIELD, RN,
JOHN DOES 1-10,
SHC SERVICES, INC., and
JOHN DOES 1-10

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-1515

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Court GRANTS Defendants' motion for summary judgment on Plaintiffs § 1983 and conspiracy claims asserted against all Defendants, as well as his punitive damage claim asserted against the County of Erie to the extent requested based on Plaintiffs federal constitutional claims. (Doc. 49.) It declines to exercise jurisdiction over Plaintiffs state law negligence claims and any related claims, and those claims are DISMISSED WITHOUT PREJUDICE to refile in state court.

Date: September 24, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
    Deputy Clerk